IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02438-WYD-MEH

CONAGRA TRADE GROUP, INC.,

    Plaintiff,

v.

FUEL EXPLORATION, LLC,

    Defendant.

**ORDER AFFIRMING AND ADOPTING RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Consolidate (docket # 5), filed December 11, 2007. The motion was referred to Magistrate Michael E. Hegarty for a Recommendation by Order of Reference dated December 11, 2007. Magistrate Judge Hegarty issued a Recommendation on December 14, 2007, that the above referenced motion be granted. (Recommendation at 1.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation. (Recommendation at 1.) Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.

"In the absence of timely objection, the district court may review a magistrate. . .

[judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings"). Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Hegarty is sound and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(a). I agree that the above referenced unopposed motion to consolidate should be granted. Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Hegarty (docket # 9), filed December 14, 2007, is **AFFIRMED** and **ADOPTED**.

In accordance therewith, it is

FURTHER ORDERED that Plaintiff's Unopposed Motion to Consolidate (docket # 5), filed December 11, 2007 is **GRANTED**. It is

FURTHER ORDERED that Civil Action No. 07-cv-02552-MSK-MEH shall be consolidated into the instant case.

Dated: January 4, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge