IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02438-WYD-MEH
(Consolidated with Case No. 07-cv-02552-MSK-MEH)

CONAGRA TRADE GROUP, INC.,

    Plaintiff,

v.

FUEL EXPLORATION, LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 3, 2008.**

    Plaintiff's unopposed Motion for Entry of Stipulated Confidentiality Agreement and Protective Order [filed September 2, 2008; docket #31] is **granted**. The Stipulated Confidentiality Agreement and Protective Order is filed contemporaneously with this order.