IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02438-CMA-MEH
(Consolidated with Case No. 07-cv-02552-CMA-MEH)

CONAGRA TRADE GROUP, INC.,

    Plaintiff,

v.

FUEL EXPLORATION, LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, February 5, 2009.**

    Plaintiff's Unopposed Motion for Leave to Appear at Pretrial Conference by Telephone [filed January 5, 2009; docket #54] is **granted in part and denied in part**. Due to the lack of representation of the Defendant in this case, the Final Pretrial Conference currently scheduled for February 9, 2009, at 9:30 a.m. is hereby converted to a Status Conference, at which the parties may appear by telephone by conferencing together and calling my Chambers at (303) 844-4507 at the appointed time.