IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-2438 – WYD-MEH
(Consolidated with Case No. 07-cv-02552-MSK-MEH)

CONAGRA TRADE GROUP, INC.,

    Plaintiff,

v.

FUEL EXPLORATION, LLC,

    Defendant.

## MOTION TO REOPEN DISCOVERY AS TO DAMAGE ISSUES BY DEFENDANT FUEL EXPLORATION, LLC

Defendant, Fuel Exploration, LLC, hereby files this Motion to Reopen Discovery as to Damage Issues. The grounds for this Motion are set forth below:

1. The undersigned counsel recently entered his appearance on behalf of Fuel Exploration, LLC (referred to as "Fuelex"). The undersigned counsel has learned that virtually no discovery has taken place on the damages claimed by Plaintiff in this case. Plaintiff claims damages based upon and has submitted as part of its summary judgment pleadings a purported summary of damages labeled "Position Liquidating Accounting" (Exhibit 7). However, Plaintiff has never produced in this case any of the documents underlying or supporting this summary. Further, as provided in the contract between the parties (Section 4.2 of the Master Agreement and Credit Agreement), Plaintiff's damages are required to be based on actual transactions, to be done in a commercially reasonable

manner, and to take into account the then current market prices. Fuelex wishes to conduct discovery on the above issues, including, among other things, the circumstances of each transaction claimed by Plaintiff, and the applicable market prices at that time.

(2)     The principals of Fuelex were not aware that Fuelex was previously permitted to conduct discovery and that the original discovery deadline had expired. As reflected in the Magistrate's Order, discovery was stayed by the Magistrate on June 4, 2008 until the holding of a Final Settlement Conference to enable Conagra to consider Fuelex' settlement offer. Fuelex' understanding is that the stay was never formally lifted and Conagra never formally rejected Fuelex' settlement offer.

(3)     No prejudice should result from an order allowing Fuelex to reopen discovery for the limited purpose of damage issues. This case has yet to be set for trial. With Plaintiff's cooperation, Fuelex should be able to complete such discovery within a three-month period.

(4)     Plaintiff's counsel indicated at the last status conference their opposition to the relief requested herein.

(5)     As provided by the local rules, a copy of this Motion is being sent to Defendant directly.

WHEREFORE, for good cause, Defendant, Fuel Exploration, LLC, requests that the Court allow Defendant to reopen discovery on the issue of damages.

DATED: March 9, 2009.

s/ Thomas J. Kimmell
Thomas J. Kimmell
1775 Sherman Street, Suite 1375
Denver, CO 80203
Telephone   303-832-6204
Fax         303-832-6401
e-mail: kimmell01@aol.com
Attorney for Defendant
Fuel Exploration, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March 2009, I caused the foregoing **MOTION TO REOPEN DISCOVERY AS TO DAMAGE ISSUES BY DEFENDANT FUEL EXPLORATION, LLC** to be served by electronic case filing to the following persons entitled to notice:

Thomas Macdonald, Esq.
Kathryn I. Hopping, Esq.
Otten Johnson Robinson Neff & Ragonetti, P.C.
950 17th St., Ste 1600
Denver, CO 80202
Telephone:  303-825-8400
Facsimile:  303-825-6525
Email: mac@ottenjohnson.com
       khhopping@ottenjohnson.com

James G. Powers, Esq., NE #17780
Patrick D. Pepper, Esq., NE #23228
McGrath North Mullin & Kratz, PC LLO
Suite 3700 First National Tower
1601 Dodge St
Omaha, NE 68102
Telephone:  402-341-3070
Fax:        402-341-0216
Email:      jpowers@mcgrathnorth,com
            ppepper@mcgrathnorth.com

/s Shirley Riemensnider

Danton\Fuel Exploration\Pleadings\Motion to Reopen Discovery