IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 07-cv-02438-CMA-MEH
(Consolidated with Case No. 07-cv-02552-CMA-MEH)

CONAGRA TRADE GROUP, INC.,

 Plaintiff,

v.

FUEL EXPLORATION, LLC,

 Defendant.

## ORDER TO APPROVE AMENDED STIPULATION

 This matter is before the Court on the parties' Joint Motion for Order Approving Amended Stipulation for Confession of Judgment (Doc. # 104).  The Court having reviewed the Motion and the Amended Stipulation (Doc. # 105) and being otherwise fully advised, GRANTS the motion.  It is hereby

 ORDERED that the Amended Stipulation for Confession of Judgment (Doc. # 105) is hereby approved and made an Order of the Court.  It is

 FURTHER ORDERED that this Court's Order (Doc. # 103), dated December 31, 2009, approving the original Stipulation for Confession of Judgment (Doc. # 103) is hereby VACATED.

 DATED:  January __13__, 2010

             BY THE COURT:

             _____
             CHRISTINE M. ARGUELLO
             United States District Judge